**No. 47188.**—Protests 21427–K, etc., of Hiram T. Horton (Los Angeles).

Opinion by KEEFE, J. At the hearing it was stipulated that the correct quantity of metallic tungsten was the quantity as shown in the chemist's reports. This stipulation indicated that the net dry weights are the net dry weights of the imported scheelite ore containing the tungsten and that the percentages shown represent the amount of tungsten contained in said net dry ore at the time of importation. The protests were sustained in accordance with this stipulation of counsel and schedule A showing the quantities of tungsten upon which duty should have been assessed.

**No. 47189.**—Protest 52620–K(C) of American Import Co. (San Francisco).

Opinion by KEEFE, J. At the trial the case was submitted by both sides on the official papers, samples, and a report of the Government chemist. The latter report disclosed that the articles are composed of nonvitrified absorbent clay body coated with colored glazes and fired. In view of this uncontradicted report it was found that the articles are not in chief value of plaster of paris, nor was anything produced to establish that the articles are more specifically provided for under paragraph 214, or that they are composed of a body wholly of clay which is unwashed, unmixed, and not artifically colored, as provided for in paragraph 210. In accordance therewith it was held that the evidence presented was insufficient to overcome the presumption of correctness attaching to the collector's classification. The protest was therefore overruled.

**No. 47190.**—Protest 77459–K of V. Casazza & Bro., Inc. (New York).

Opinion by KEEFE, J. From the record consisting of various papers introduced in evidence judgment was entered directing the collector to make refund of duty taken upon the case in question.

**No. 47191.**—Protest 81007–K of Bellows & Co. (New York).

Opinion by KEEFE, J. From an examination of the papers in question the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protest was overruled.